IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

**MEMORANDUM**

**DATE:** April 10, 2018

**REPLY TO ATTN OF:** Office of the Clerk, United States Bankruptcy Court
Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 330
Knoxville, Tennessee 37902

**SUBJECT:** 3:18-bk-31065-SHB
Alan Claude Lee

**TO:** Alan C. Lee
Attorney at Law
PO Box 1357
Talbott, TN 37877-1357

    Please submit statement disclosing compensation paid to or promised to be paid to the attorney for the debtor. A statement must be submitted within 14 days from date petition filed.