**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

In re  *Alan Claude Lee*  Case No. **3:18-bk-31065-SHB**
Chapter 7
_____/Debtor

# MOTION FOR ENTRY OF ORDER ALLOWING
# DEBTOR TO WITHDRAW HIS APPLICATION
# TO PAY FILING FEE IN INSTALLMENTS

The above Debtor hereby moves the Court for entry of an Order allowing him to withdraw the Application To Pay Filing Fee In Installments (Document # 3) because the incorrect event was used to file it.

04/10/18  Respectfully submitted,


/s/   Alan Claude Lee
**Alan Claude Lee**
Signature of Debtor